## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Clark v. Santander Bank, N.A., et al      Docket No.: 22-2965

Lead Counsel of Record (name/firm) or Pro se Party (name): Sean R. Higgins, K&L Gates LLP, State Street Financial Center, One Lincoln Street, Boston, MA 02111

Appearance for (party/designation): Wells Fargo & Company and Scott Powell (Appellees)

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.  The following parties do not wish to participate in this appeal:
    Parties: _____
( ) Incorrect.  Please change the following parties' designations:
    Party                                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.  As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Sean R. Higgins
Firm: K&L Gates LLP
Address: State Street Financial Center, One Lincoln Street, Boston, MA 02111
Telephone: (617) 261-3128      Fax: (617) 261-3175
Email: sean.higgins@klgates.com

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously.  The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____.  If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Sean R. Higgins
Type or Print Name: Sean R. Higgins
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.