UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-2965

**Motion for:** Adjournment of March 20, 2024 Oral Argument

**Caption [use short title]**

GORDON CLARK and

THE ESTATE OF LILLIAN CLARK,

vs.

SANTANDER BANK, N.A.

Set forth below precise, complete statement of relief sought:

Brief adjournment of oral argument to further date due to unavailability of counsel for Defendants-Appellees Wells Fargo & Company and Scott Powell. Counsel provided unavailable dates in Local Rule 34.1(a) Oral Argument Statement, which included date selected by Court.

**MOVING PARTY:** Wells Fargo & Company and Scott Powell
**OPPOSING PARTY:** Gordon Clark and the Estate of Lillian J. Clark

☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☒ Appellee/Respondent

**MOVING ATTORNEY:** Sean R. Higgins, Esq.
**OPPOSING ATTORNEY:** none/pro se

[name of attorney, with firm, address, phone number and e-mail]

K&L Gates LLP
One Congress Street, Suite 2900
Boston, MA 02114

70 Elm Street
Enfield, CT 06082

**Court- Judge/ Agency appealed from:** United States District Court for the District of Connecticut (Nagala, D.J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes ☒ No (explain): 27.1 does not apply because not all parties are represented by counsel.

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☒ No ☐ Don't Know

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☒ Yes ☐ No If yes, enter date: March 20, 2024

**Signature of Moving Attorney:**
/s/ Sean R. Higgins  **Date:** 2/6/24  **Service:** ☒ Electronic ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

_____

GORDON CLARK, and
THE ESTATE OF LILLIAN J. CLARK,

    Plaintiff-Appellant,

v.                                    Docket No. 22-2965

SANTANDER BANK, N.A., et al.,

    Defendants-Appellees.
_____

MOTION TO ADJOURN ORAL ARGUMENT

Defendants-Appellees Wells Fargo & Company ("Wells Fargo") and Scott Powell ("Powell," and with Wells Fargo, "Moving Defendants") respectfully move this Court to adjourn oral argument scheduled for March 20, 2024 to a further date. Counsel's declaration supporting this motion is attached.

Grounds for Relief Sought

*Pro se* Plaintiffs-Appellants Gordon Clark ("Clark") and the Estate of Lillian J. Clark (the "Estate," and with Clark, "Plaintiffs") appeal from two orders of the United States District Court for the District of Connecticut, Nagala, J., finding that Clark may not represent the Estate *pro se*, [ECF Nos. 154 & 157] (the "Appealed Orders"). The Court has scheduled oral

1

argument for March 20, 2024. See ECF 102 (CASE CALENDARING). Moving Defendants' counsel is not available for argument on that date, however. As set forth in Moving Defendants' Local Rule 34.1(a) Oral Argument Statement filed on January 19, 2024, counsel is not available to appear from March 11, 2024 through March 22, 2024. Though not set forth in the Oral Argument Statement, counsel's unavailability is due to family travel during a 2-week school vacation period. Thus, most respectfully, counsel asks this Court to adjourn the oral argument from March 20, 2024 to a further date that does not present a conflict. Counsel offers the following available dates for the Court's consideration: March 26, 2024; March 27, 2024; March 28, 2024; March 29, 2024; April 1, 2024; April 3, 2024; and April 4, 2024. Counsel can provide further dates upon request.

      Wherefore, for the foregoing reasons, Defendants-Appellees respectfully request that this Court adjourn the oral argument from March 20, 2024 to a further date that does not present a conflict.

|  | Respectfully submitted,<br>Defendants,<br>Wells Fargo & Company and<br>Scott Powell,<br>by their attorneys, |
|---|---|
|  | */s/ Sean R. Higgins*<br>Sean R. Higgins (ct28279)<br>sean.higgins@klgates.com<br>K&L Gates LLP<br>One Congress Street, Suite 2900<br>Boston, MA 02114<br>T: 617.261.3128 |
| Dated: February 6, 2024 | F: 617.261.3175 |

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---

GORDON CLARK, and
THE ESTATE OF LILLIAN J. CLARK,

    Plaintiff-Appellant,

v.

SANTANDER BANK, N.A., et al.,

    Defendants-Appellees.

---

Docket No. 22-2965

### COUNSEL'S DECLARATION IN SUPPORT OF
### MOTION TO ADJOURN ORAL ARGUMENT

I, Sean R. Higgins, declare as follows:

1. I am an attorney with the firm K&L Gates LLP and am counsel for Defendants-Appellees Wells Fargo & Company ("Wells Fargo") and Scott Powell ("Powell," and with Wells Fargo, "Moving Defendants") in the above-captioned appeal.

2. I have personal knowledge of the matters stated herein.

3. I make this declaration in support of Moving Defendants' Motion To Adjourn Oral Argument, which is filed contemporaneously herewith.

4. The Court has scheduled oral argument for March 20, 2024.

5. I am not available for oral argument on that date, however.

6. I am not available to appear from March 11, 2024 through

1

March 22, 2024. Though not set forth in Moving Defendants' Local Rule 34.1(a) Oral Argument Statement that I filed on January 19, 2024, I am unavailable during that period due to family travel during a 2-week school vacation period.

7. Thus, most respectfully, I am asking the Court to adjourn the oral argument from March 20, 2024 to a further date that does not present a conflict.

8. I am able to offer the following available dates for the Court's consideration: March 26, 2024; March 27, 2024; March 28, 2024; March 29, 2024; April 1, 2024; April 3, 2024; and April 4, 2024.

9. I can provide further dates upon request.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 6, 2024              */s/ Sean R. Higgins*
                                      Sean R. Higgins

2

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

_____

GORDON CLARK, and
THE ESTATE OF LILLIAN J. CLARK,

    Plaintiff-Appellant,

v.      Docket No. 22-2965

SANTANDER BANK, N.A., et al.,

    Defendants-Appellees.
_____

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system on February 6, 2024 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copy will be sent by mail to non-registered participants.

                                       */s/ Sean R. Higgins*
                                       Sean R. Higgins (ct28279)